**Leon JACKSON, Jr., Petitioner— Appellant,**

v.

**Al HAYNES; Kim White, Regional Director Mid–Atlantic Region; Harrell Watts, Respondents—Appellees.**

No. 07–7677.

United States Court of Appeals, Fourth Circuit.

Submitted: July 22, 2008.

Decided: July 24, 2008.

Leon Jackson, Jr., Appellant Pro Se. Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellees.

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leon Jackson, Jr., a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jackson v. Haynes,* No. 3:06–cv–00091–JPB, 2007 WL 2897931 (N.D.W.Va. Oct. 2, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*